UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

BILL PAUL MARQUARDT,

      Petitioner,

v.                                                                    Case No:  5:16-cv-590-JLB-PRL

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS and FLORIDA
ATTORNEY GENERAL,

      Respondents.

_____

## ORDER

      Before the Court is Petitioner's Renewed Motion to Stay Proceedings.   (Doc. 96.)   On December 14, 2020, the Court stayed this matter pending the final resolution of Petitioner's on-going state court post-conviction proceedings.   (Doc. 91.)   Petitioner "is presently legally incompetent" and the state circuit court has scheduled a competency evaluation that has yet to occur.   (Doc. 96 at ¶¶ 7–8 & at 3 n.1.)   The Court thus finds, and the State agrees (Doc. 97), that a further stay of this case is appropriate and does not frustrate the AEDPA's purpose.   Rhines v. Weber, 544 U.S. 269, 276 (2005).

      Accordingly, it is **ORDERED**:

    1.    Petitioner's Renewed Motion to Stay Proceedings (Doc. 96) is **GRANTED**.   Unless otherwise ordered, this case is **STAYED** pending the final resolution of the pending state court post-conviction proceedings.

2.    **On or before October 1, 2021**, and every ninety (90) days thereafter,

Petitioner (through counsel) is **DIRECTED** to file a status report

regarding the state court proceedings.

**ORDERED** at Fort Myers, Florida, on July 1, 2021.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE